AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MASSIMILIANO MARTONE, an individual; MARTONE RADIO TECHNOLOGY, INC., a Nevada Corporation
Plaintiff
v.
DAVID BURGESS, an individual; KESTREL SIGNAL PROCESSING, INC., a California Corporation; and RANGE NETWORKS, INC.
Defendant

Civil Action No.

CV 08 2379 CW

**Summons in a Civil Action**

To: David Burgess, an individual; Kestrel Signal Processing, Inc., a California Corporation; and Range Networks, Inc.
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kevin D. Lally, Esq.
Edward Romero, Esq.
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Rd., Ste. 500
San Ramon, CA 94583-0010

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 8 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Kestrel Signal Processing, Inc. David Burgess**, by:

(1) personally delivering a copy of each to the individual at this place, **2253 Fox Glen Drive, Fairfield, CA 94534**; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ **52** for services, for a total of $ **52**.

Date: **06/18/08 – 7:35pm**

_____
Server's signature

**Robert A. Cupurro, Registered Process Server**
Printed name and title
**# 252 Contra Costa**

**P.O. Box 277, Danville, CA 94526-0277**
Server's address

Attachment to Proof of Service Re; Documents Served-    CV 08-2379

Summons, Complaint, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Blank Notice of Lawsuit and Request for Waiver of Service of Summons, Blank Waiver of Service of Summons, ECF Registration Information Handout, Civil Case Cover Sheet, and Order Setting Initial Case Management Conference and ADR Deadlines