UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Massimiliano Martone et al

                              Case No. C08-02379CW

        Plaintiff(s),

                              ADR CERTIFICATION BY PARTIES
                              AND COUNSEL
      v.

David Burgess et al

        Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 22, 2008

                                                                       [Party]

Dated: 7/23/2008

                                                                       [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."