IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSIMILIANO MARTONE,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID BURGESS,<br><br>    Defendant.<br>_____/ | No. C 08-02379 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

    Notice is hereby given that the case management conference, previously set for August 12, 2008, is continued to **August 28, 2008, at 2:00 p.m.**, to be heard along with Defendants David Burgess, Kestrel Signal Processing, Inc., and Range Networks, Inc.'s motion to dismiss plaintiffs' common law misappropriation of trade secret, fraud, and deceit, breach of the covenant of good faith and fair dealing, violation of unfair competition law, unjust enrichment and injunctive relief claims, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.


Dated:   8/8/08                          *Sheilah Cahill*
                                          SHEILAH CAHILL
                                          Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California