```
Christopher W. Sweeney (SBN 143217)
LAW OFFICES OF CHRISTOPHER W. SWEENEY
1500 Oliver Road, Suite K, PMB 321
Fairfield, CA  94534
Telephone: (707) 435-1244
Facsimile:  (707) 435-1245
Email: cwslaw@comcast.net

Attorney for Defendants DAVID BURGESS
KESTREL SIGNAL PROCESSING, INC. and
RANGE NETWORKS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MASSIMILIANO MARTONE, an individual; MARTONE RADIO TECHNOLOGY, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BURGESS, an individual; KESTREL SIGNAL PROCESSING, INC., a California Corporation; and RANGE NETWORKS, INC<br><br>Defendants. | **Case No. C-08-02379 CW (E-filing)**<br><br>**DEFENDANTS' DAVID BURGESS, KESTREL SIGNAL PROCESSING, INC. AND RANGE NETWORKS, INC.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies, for and on behalf of Defendants DAVID BURGESS, KESTREL SIGNAL PROCESSING, INC. and RANGE NETWORKS, INC. (collectively Defendant") that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial

1
**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS - CASE NO. C-08-2379 CW (E-filing)**

interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    David Burgess [shareholder/owner of Kestrel Signal Processing, Inc. and Range Networks, Inc.];

    2.    Harvind Samra [shareholder/owner of Kestrel Signal Processing, Inc. and Range Networks, Inc.]; and

    3.    Glen Edens [prospective partner/owner of proposed "Range" start-up venture]

Dated: August 27, 2008        LAW OFFICES OF
                                        CHRISTOPHER W. SWEENEY


                                By:   /s/ Christopher W. Sweeney
                                          Christopher W. Sweeney
                                          Attorney for Defendants DAVID BURGESS
                                          KESTREL SIGNAL PROCESSING, INC. and
                                          RANGE NETWORKS, INC.

**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS - CASE NO. C-08-2379 CW (E-filing)**