Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California  94583
Telephone:  (925) 866-1000
Facsimile:   (925) 830-8787
Email: Eromero@gpsllp.com

Mary McNamara (SBN 147131)
August Gugelmann (SBN 240544)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California  94104
Telephone:  (415) 477-3800
Facsimile:   (415) 477-9010
Email:  MMcnamara@SMHlegal.com

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MASSIMILIANO MARTONE, an individual; MARTONE RADIO TECHNOLOGY, INC., a Nevada Corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DAVID BURGESS, an individual; KESTREL SIGNAL PROCESSING, INC., a California Corporation; RANGE NETWORKS, INC.<br><br>　　　　　Defendants. | **Case No. 08-2379 CW**<br><br>**STIPULATION AND ORDER GRANTING BRIEF EXTENSIONS ON THE DEADLINES RELATING TO MEDIATION AND ADDITION OF NEW PARTIES** |

Plaintiffs Massimiliano Martone ("Martone") and Martone Radio Technology, Inc. ("MRT") and Defendants David Burgess ("Burgess"), Kestrel Signal Processing, Inc. (Kestrel") and Range Networks, Inc. ("Range"), (collectively, the "Parties"), by and through their respective attorneys, stipulate and agree as follows:

**Stipulation – Page** 1

1.    On August 28, 2008, at the first Case Management Conference in this case, the Court set a series of deadlines for the management of this case.  Relevant to this stipulation is the Court's setting of January 30, 2009 as both the deadline to add additional parties and for mediation to have occurred (taking into account the mediator's schedule).  Case Management Order, dated September 5, 2008 (Docket No. 18.)

2.    At the Case Management Conference, the Parties advised the Court that Judge Edward Infante (Ret.) of JAMS had previously presided over a one day mediation in this matter.  The Parties again wish to retain the services of Judge Infante in order to attempt to settle this matter without need of further litigation.  The soonest available date for mediation in light of Judge Infante's schedule and the schedules of the Parties is February 17, 2009.  Because of this timing, the Parties wish to postpone the deadline to add additional parties until after the mediation has concluded.  The Parties agree that ten days post-mediation, or until February 27, 2009, is a reasonable extension of the deadline to add additional parties.  It is submitted that such an adjustment to the Court's scheduling order will facilitate mediation and conserve judicial resources.

3.    At this time, the Parties do not seek any change to the remaining deadlines in the Court's September 5 scheduling order, including, without limitation, the time to assert additional claims against the Parties to the action.

STIPULATED AND AGREED

| /s/ Edward Romero | /s/ Mary McNamara |
|---|---|
| Kevin D. Lally (SBN 095374) | Mary McNamara (SBN 147131) |
| Edward Romero (SBN 148495) | August Gugelmann (SBN 240544) |
| GREENAN, PEFFER, SALLANDER & LALLY, LLP | SWANSON, McNAMARA & HALLER LLP |
| 6111 Bollinger Canyon Road, Suite 500 | 300 Montgomery Street, Suite 1100 |
| San Ramon, California | San Francisco, California 94104 |
| Telephone:  (925) 866-1000 | Telephone:  (415) 477-3800 |
| Facsimile:   (925) 830-8787 | Facsimile:   (415) 477-9010 |
| Email:  Eromero@gpsllp.com | mmcnamara@smhlegal.com |

Greenan, Peffer, Sallander & Lally LLP

**Stipulation – Page** 2

/s/ Christopher W. Sweeney
Christopher W. Sweeney, Esq. (SBN 143217)
Law Offices of Christopher W. Sweeney
1500 Oliver Road, Suite K, PMB 321
Fairfield, California 94533
Telephone:  (707) 435-1244
Facsimile:  (707) 435-1245
cwslaw@comcast.net

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  2/2/09                                       _____
                                                                 Hon. Claudia Wilken
                                                                 United States District Court

Greenan,
Peffer,
Sallander &
Lally LLP

**Stipulation – Page** 3

| | |
|---|---|
| 1 | F:\LIT\Martone Technology (MRT)\Martone v. Burgess et al - USDC [CV 08 2379 ]\Pleadings\Stip re CMC Deadlines- CWS Redline  1-29-08.doc |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Greenan,
Peffer,
Sallander &
Lally LLP