Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California  94583
Telephone:  (925) 866-1000
Facsimile:   (925) 830-8787
Email: Eromero@gpsllp.com

Mary McNamara (SBN 147131)
August Gugelmann (SBN 240544)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California  94104
Telephone:  (415) 477-3800
Facsimile:   (415) 477-9010
Email:  MMcnamara@SMHlegal.com

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MASSIMILIANO MARTONE, an individual; MARTONE RADIO TECHNOLOGY, INC., a Nevada Corporation, <br><br>           Plaintiffs, <br><br>    vs. <br><br> DAVID BURGESS, an individual; KESTREL SIGNAL PROCESSING, INC., a California Corporation; RANGE NETWORKS, INC. <br><br>           Defendants. | Case No. 08-2379 CW <br><br> **SECOND STIPULATION AND ORDER GRANTING BRIEF EXTENSIONS ON THE DEADLINES RELATING TO MEDIATION AND ADDITION OF NEW PARTIES** |

Plaintiffs Massimiliano Martone ("Martone") and Martone Radio Technology, Inc. ("MRT") and Defendants David Burgess ("Burgess"), Kestrel Signal Processing, Inc. (Kestrel") and Range Networks, Inc. ("Range"), (collectively, the "Parties"), by and through their respective attorneys, stipulate and agree as follows:

**Stipulation – Page** 1

1. On August 28, 2008, at the first Case Management Conference in this case, the Court set a series of deadlines for the management of this case. Relevant to this stipulation is the Court's setting of January 30, 2009 as both the deadline to add additional parties and for mediation to have occurred (taking into account the mediator's schedule). Case Management Order, dated September 5, 2008 (Docket No. 18.)

2. Upon stipulation of the parties, on February 2, 2009, the Court ordered that the time within which to complete mediation and to add additional parties (should mediation fail) be extended to February 27, 2009.

3. On February 17, 2009, the parties submitted to mediation before Judge Edward Infante (Ret.) of JAMS and discussed a proposed framework for settlement of this case. Final settlement is contingent upon the parties' reaching a definitive written settlement agreement on all specific terms, the details of which remain to be worked out. Accordingly, the parties wish to postpone the deadline to add additional parties until March 18, 2009, a date by which the parties will have concluded a settlement of this matter or will have determined that a settlement is not tenable. It is submitted that such an adjustment to the Court's scheduling order will facilitate the potential settlement of this case and will conserve judicial resources.

4. At this time, the Parties do not seek any change to the remaining deadlines in the Court's September 5 scheduling order, including, without limitation, the time to assert additional claims against the Parties to the action.

STIPULATED AND AGREED

| /s/ Edward Romero | /s/ Mary McNamara |
|---|---|
| Kevin D. Lally (SBN 095374) | Mary McNamara (SBN 147131) |
| Edward Romero (SBN 148495) | August Gugelmann (SBN 240544) |
| GREENAN, PEFFER, SALLANDER & LALLY, LLP | SWANSON, McNAMARA & HALLER LLP |
| 6111 Bollinger Canyon Road, Suite 500 | 300 Montgomery Street, Suite 1100 |
| San Ramon, California | San Francisco, California 94104 |
| Telephone: (925) 866-1000 | Telephone: (415) 477-3800 |
| Facsimile: (925) 830-8787 | Facsimile: (415) 477-9010 |
| Email: Eromero@gpsllp.com | mmcnamara@smhlegal.com |

Greenan, Peffer, Sallander & Lally LLP

**Stipulation – Page** 2

1
2
3
4   /s/ Christopher W. Sweeney
    Christopher W. Sweeney, Esq. (SBN 143217)
    Law Offices of Christopher W. Sweeney
5   1500 Oliver Road, Suite K, PMB 321
    Fairfield, California 94533
6   Telephone:  (707) 435-1244
7   Facsimile:  (707) 435-1245
    cwslaw@comcast.net
8
9
                           **ORDER**
10
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
        Dated:      2/24/09                    _____
12
                                               Hon. Claudia Wilken
13                                             United States District Court

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Greenan,
Peffer,
Sallander &
Lally LLP

**Stipulation – Page** 3

Greenan,
Peffer,
Sallander &
Lally LLP