Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Kevin D. Lally, SBN 095374
Edward Romero, SBN 148495
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSIMILIANO MARTONE, and MARTONE RADIO TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BURGESS, KESTREL SIGNAL PROCESSING, INC., and RANGE NETWORKS, INC., <br><br> Defendants. | Case No. C 08-2379 CW <br><br> **THIRD STIPULATION AND ORDER EXTENDING DEADLINE TO ADD NEW PARTIES** |

      Plaintiffs Massimiliano Martone and Martone Radio Technology, Inc., by and through Mary McNamara and Ed Romero, and defendants David Burgess, Kestrel Signal Processing, Inc., and Range Networks, Inc., by and through Christopher W. Sweeney, hereby stipulate and agree as follows:

      1.     The Court's September 5, 2008 scheduling order set a deadline of January 30, 2009 for mediation and to add new parties and claims. On February 2, the Court on stipulation of the parties ordered those deadlines extended to February 27. The parties sought extensions to accommodate the schedule of the mediator, Judge Infante, and to allow the parties a reasonable

time after mediation to determine whether to seek to add new parties to this action.

2. On February 17, the parties engaged in a half-day mediation with Judge Infante and discussed a framework for resolution of this case. On February 24, again on stipulation of the parties, the Court extended the deadline to add new parties to this action to March 18.

3. Since that time, the parties have been meeting and conferring about settlement terms according to a scheduled decided upon at mediation. The parties have made substantial progress towards settlement. However, the parties must still resolve complicated licensing issues, among other outstanding issues, before a binding resolution is reached. To allow negotiations to continue, the parties request a deadline of April 15, 2009 as the new date to add new parties. The parties believe that this extension will facilitate settlement and will conserve judicial resources.

4. At this time, the Parties do not seek any change to the remaining deadlines in the Court's September 5 scheduling order, including, without limitation, the time to assert additional claims against the Parties to the action.

IT IS SO STIPULATED.

Dated: March 17, 2009

/s/
Mary McNamara
SWANSON, McNAMARA & HALLER LLP
Attorneys for Plaintiffs MASSIMILIANO MARTONE and MARTONE RADIO TECHNOLOGY, INC.

Dated: March 17, 2009

/s/
Christopher W. Sweeney
Law Office of Christopher W. Sweeney
Attorney for Defendants DAVID BURGESS, KESTREL SIGNAL PROCESSING, INC., and RANGE NETWORKS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/18/09

Claudia Wilken
Hon. Claudia Wilken
United States District Court

**3d Stip. and Order Modifying Schedule**
*Martone et al., v. Burgess, et al.*, C 08-2379 CW            2