1   Mary McNamara, SBN 147131
    August Gugelmann, SBN 240544
2   SWANSON, McNAMARA & HALLER LLP
    300 Montgomery Street, Suite 1100
3   San Francisco, California 94104
    Telephone: (415) 477-3800
4   Facsimile:  (415) 477-9010

5   Kevin D. Lally, SBN 095374
    Edward Romero, SBN 148495
6   GREENAN, PEFFER, SALLANDER & LALLY LLP
    6111 Bollinger Canyon Road, Suite 500
7   San Ramon, California  94583
    Telephone:  (925) 866-1000
    Facsimile:   (925) 830-8787
8
    Attorneys for Plaintiffs
9   MASSIMILIANO MARTONE and
    MARTONE RADIO TECHNOLOGY, INC.

10

11                          UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

    | MASSIMILIANO MARTONE, and | Case No. C 08-2379 CW |
14  | MARTONE RADIO TECHNOLOGY, INC., | |

15  |           Plaintiffs, | **FOURTH STIPULATION AND ORDER EXTENDING DEADLINE TO ADD** |

16  |     vs. | **NEW PARTIES** |

17  | DAVID BURGESS, KESTREL SIGNAL PROCESSING, INC., and RANGE | |
    | NETWORKS, INC., | |
18
    |           Defendants. | |

19

20          Plaintiffs Massimiliano Martone and Martone Radio Technology, Inc., by and through

    Mary McNamara and Ed Romero, and defendants David Burgess, Kestrel Signal Processing,
21
    Inc., and Range Networks, Inc., by and through Christopher W. Sweeney, hereby stipulate and
22
    agree as follows:
23
            1.      The Court's September 5, 2008 scheduling order set a deadline of January 30,
24
    2009 for mediation and to add new parties and claims.  On February 2, the Court on stipulation
25
    of the parties ordered those deadlines extended to February 27.  The parties sought extensions to
26
    accommodate the schedule of the mediator, Judge Infante, and to allow the parties a reasonable

1    time after mediation to determine whether to seek to add new parties to this action.

2         2.        On February 17, the parties engaged in a half-day mediation with Judge Infante

3    and discussed a framework for  resolution of this case.  On February 24, again on stipulation of

4    the parties, the Court extended the deadline to add new parties to this action to March 18.

5         3.        Following that order, the parties continued their negotiations and sought and

     obtained a further extension of the deadline to April 15.  Since that time, the parties have been

6    meeting and conferring about settlement terms and have made further progress towards

7    settlement.  However, the parties must still resolve licensing issues, among other outstanding

8    issues, before a binding resolution is reached.  To allow negotiations to continue, the parties

9    request a deadline of May 1, 2009 as the new date to add new parties.  The parties believe that

10   this extension will facilitate settlement and will conserve judicial resources.

11        4.        At this time, the Parties do not seek any change to the remaining deadlines in the

12   Court's September 5 scheduling order, including, without limitation, the time to assert additional

13   claims against the Parties to the action.

          IT IS SO STIPULATED.

14   Dated: April 13, 2009                              ____/s/_____

15                                                      Mary McNamara
                                                        SWANSON, McNAMARA & HALLER LLP
16                                                      Attorneys for Plaintiffs MASSIMILIANO
                                                        MARTONE and MARTONE RADIO
17                                                      TECHNOLOGY, INC.

18   Dated: April 13, 2009                              ____/s/_____
                                                        Christopher W. Sweeney
19                                                      Law Office of Christopher W. Sweeney
                                                        Attorney for Defendants DAVID
                                                        BURGESS, KESTREL SIGNAL
20                                                      PROCESSING, INC., and RANGE
                                                        NETWORKS, INC.

21

22

23                                          **ORDER**

          PURSUANT TO STIPULATION, IT IS SO ORDERED.

24   Dated:  4/16/09

25                                                      Hon. Claudia Wilken
                                                        United States District Court

26

**4th Stip. and Order Modifying Schedule**
*Martone et al., v. Burgess, et al.*, C 08-2379 CW          2