Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California  94583
Telephone:  (925) 866-1000
Facsimile:  (925) 830-8787
Email: Eromero@gpsllp.com

Mary McNamara (SBN 147131)
August Gugelmann (SBN 240544)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California  94104
Telephone:  (415) 477-3800
Facsimile:  (415) 477-9010
Email:  MMcnamara@SMHlegal.com

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MASSIMILIANO MARTONE, an individual; MARTONE RADIO TECHNOLOGY, INC., a Nevada Corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DAVID BURGESS, an individual; KESTREL SIGNAL PROCESSING, INC., a California Corporation; RANGE NETWORKS, INC.<br><br>        Defendants. | **Case No. 08-2379 CW**<br><br>**FIFTH STIPULATION AND ORDER EXTENDING DEADLINE TO ADD NEW PARTIES** |

Plaintiffs Massimiliano Martone ("Martone") and Martone Radio Technology, Inc.

("MRT") and Defendants David Burgess ("Burgess"), Kestrel Signal Processing, Inc. (Kestrel")

and Range Networks, Inc. ("Range"), (collectively, the "Parties"), by and through their

respective attorneys, stipulate and agree as follows:

1.     Since mediating this case with Judge Edward Infante of JAMS in February, 2009, the parties have been in ongoing settlement negotiations and are making progress towards a final resolution of the case.  Pursuant to stipulated order, the current deadline for the addition of new parties in this matter is May 1, 2009.  The parties now request a further extension of that deadline to June 1, 2009 in order to allow for continuing negotiation of a potential resolution of the matter.

2.     The basis of this request is as follows:  The parties have been negotiating in good faith since the mediation with Judge Infante and are making positive progress towards a resolution via settlement of the case.  A primary reason for the delay in reaching the final resolution is due to the fact that one of the many deal points that the parties are working on involves a complex licensing issue that involves a third party which is not involved in the current lawsuit.  The parties have contacted this third party in order to explore resolution of this issue.  Accordingly, to allow additional time to explore resolution, the parties request a deadline of June 1, 2009 as the new date to add new parties.  The parties believe that this extension will facilitate settlement and will conserve judicial resources.

3.     At this time, the Parties do not seek any change to the remaining deadlines in the Court's September 5 scheduling order, including, without limitation, the time to assert additional claims against the Parties to the action.  If a settlement cannot be finalized by June 1, 2009, the

///

parties will request appropriate modifications to the remaining deadlines in the Court's

September 5 scheduling order.


IT IS SO STIPULATED.


/s/ Edward Romero
Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER
& LALLY, LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California
Telephone:  (925) 866-1000
Facsimile:  (925) 830-8787
Email:  Eromero@gpsllp.com

/s/ Mary McNamara
Mary McNamara (SBN 147131)
August Gugelmann (SBN 240544)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone:  (415) 477-3800
Facsimile:  (415) 477-9010
Email:  mmcnamara@smhlegal.com


/s/ Christopher W. Sweeney
Christopher W. Sweeney, Esq. (SBN 143217)
Law Offices of Christopher W. Sweeney
1500 Oliver Road, Suite K, PMB 321
Fairfield, California 94533
Telephone:  (707) 435-1244
Facsimile:  (707) 435-1245
cwslaw@comcast.net


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/5/09

_____
Hon. Claudia Wilken
United States District Court