Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787
Email: Eromero@gpsllp.com

Mary McNamara (SBN 147131)
August Gugelmann (SBN 240544)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
Email: MMcnamara@SMHlegal.com

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASSIMILIANO MARTONE, an individual; MARTONE RADIO TECHNOLOGY, INC., a Nevada Corporation,<br><br>       Plaintiffs,<br><br>   vs.<br><br>DAVID BURGESS, an individual; KESTREL SIGNAL PROCESSING, INC., a California Corporation; RANGE NETWORKS, INC.<br><br>       Defendants. | Case No. 08-2379 CW<br><br>SIXTH STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ADD NEW PARTIES |

   Plaintiffs Massimiliano Martone ("Martone") and Martone Radio Technology, Inc. ("MRT") and Defendants David Burgess ("Burgess"), Kestrel Signal Processing, Inc. (Kestrel") and Range Networks, Inc. ("Range"), (collectively, the "Parties"), by and through their respective attorneys, stipulate and agree as follows:

1. Since mediating this case before the Honorable Edward Infante of JAMS in February 2009, the parties have made substantial progress towards resolving this case. The parties are awaiting receipt of a written acknowledgement relating to a complex licensing agreement from a non-party, and are close to resolution of the remaining open issues pertaining to the settlement.

2. Pursuant to the stipulated order entered on May 5, 2009, the deadline for the addition of new parties in this matter is June 1, 2009. The parties request that this date be extended to June 30 to permit approval of the licensing arrangement by the non-party and the resolution of all remaining issues in this matter. Final settlement is contingent upon the parties reaching a definitive written settlement agreement on all outstanding issues. This extension will facilitate settlement while conserving the resources of the parties and this court.

3. At this time, the Parties do not seek any change to the remaining deadlines in the September 5, 2008 Scheduling Order entered in this action, including, without limitation, the time to assert additional claims against the Parties to the action. If a settlement cannot be completed by June 30, the parties will request appropriate modifications to the remaining deadlines in the Scheduling Order.

IT IS SO STIPULATED.

| /s/ Edward Romero | /s/ Mary McNamara |
|---|---|
| Kevin D. Lally (SBN 095374) | Mary McNamara (SBN 147131) |
| Edward Romero (SBN 148495) | August Gugelmann (SBN 240544) |
| GREENAN, PEFFER, SALLANDER | SWANSON, McNAMARA & |
| & LALLY, LLP | HALLER LLP |
| 6111 Bollinger Canyon Road, Suite 500 | 300 Montgomery Street, Suite 1100 |
| San Ramon, California | San Francisco, California 94104 |
| Telephone: (925) 866-1000 | Telephone: (415) 477-3800 |
| Facsimile: (925) 830-8787 | Facsimile: (415) 477-9010 |
| Email: Eromero@gpsllp.com | Email: mmcnamara@smhlegal.com |

/s/ Christopher W. Sweeney
Christopher W. Sweeney, Esq. (SBN 143217)
Law Offices of Christopher W. Sweeney
1500 Oliver Road, Suite K, PMB 321
Fairfield, California 94533
Telephone: (707) 435-1244
Facsimile: (707) 435-1245
cwslaw@comcast.net

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 10, 2009

_____
The Honorable Claudia Wilkin
United States District Judge