Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787
Email: Eromero@gpsllp.com

Mary McNamara (SBN 147131)
August Gugelmann (SBN 240544)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
Email: MMcnamara@SMHlegal.com

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MASSIMILIANO MARTONE, an individual; MARTONE RADIO TECHNOLOGY, INC., a Nevada Corporation,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DAVID BURGESS, an individual; KESTREL SIGNAL PROCESSING, INC., a California Corporation; RANGE NETWORKS, INC.<br><br>  Defendants. | **Case No. 08-2379 CW**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Courtroom: 2<br>[The Honorable Claudia Wilken] |

Plaintiffs Massimiliano Martone ("Martone") and Martone Radio Technology, Inc. ("MRT") and defendants David Burgess ("Burgess"), Kestrel Signal Processing, Inc. (Kestrel") and Range Networks, Inc. ("Range"), (collectively, the "Parties"), by and through their respective attorneys, stipulate and agree that the Court may make and enter its Order as follows:

1    1.    The Parties have resolved this action and jointly agree to dismiss the complaint and the above referenced action with prejudice, in its entirety, by way of a stipulation and proposed order filed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2.    Accordingly, the Parties, by and through their respective counsel, stipulate and agree that the complaint and the above referenced action be dismissed with prejudice and that any injunction(s) entered in the action be dissolved forthwith.  The Parties further stipulate that each party is to bear his or its own attorneys' fees and costs of suit.

IT IS SO STIPULATED.

/s/
Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
6111 Bollinger Canyon Road, Suite 500
San Ramon, California
GREENAN, PEFFER, SALLANDER
& LALLY, LLP
Telephone:  (925) 866-1000
Facsimile:   (925) 830-8787
Email:  Eromero@gpsllp.com

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

/s/
Mary McNamara (SBN 147131)
August Gugelmann (SBN 240544)
300 Montgomery Street, Suite 1100
San Francisco, California 94104
SWANSON, McNAMARA &
HALLER LLP
Telephone:  (415) 477-3800
Facsimile:   (415) 477-9010
Email:  mmcnamara@smhlegal.com

Attorneys for Plaintiffs
MASSIMILIANO MARTONE and
MARTONE RADIO TECHNOLOGY, INC.

/s/
Christopher W. Sweeney (SBN 143217)
Law Offices of Christopher W. Sweeney
1500 Oliver Road, Suite K, PMB 321
Fairfield, California 94533
Telephone:  (707) 435-1244
Facsimile:  (707) 435-1245
cwslaw@comcast.net

Attorneys for Defendants
DAVID BURGESS,
KESTREL SIGNAL PROCESSING, INC., and
RANGE NETWORKS, INC.

**ORDER**

Pursuant to the stipulation of plaintiffs Massimiliano Martone and Martone Radio Technology, Inc. and defendants David Burgess, Kestrel Signal Processing, Inc. and Range Networks, Inc., IT IS HEREBY ORDERED THAT the complaint in this action, and the action in its entirety, be and is hereby dismissed with prejudice, and that any injunction(s) entered in the action be and hereby are dissolved forthwith. Each party is to bear his or its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: 8/4/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Greenan, Peffer, Sallander & Lally LLP

Stipulation and Proposed Order
Dismissing Action

3

Case No. 08-2379 CW

| | |
|---|---|
| 1 | F:\LIT\Martone Technology (MRT)\Martone v. Burgess et al - USDC [CV 08 2379 ]\Pleadings\Stipulation Re Dismissal 7-23-09 (final).doc |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Greenan, Peffer, Sallander & Lally LLP

4

Stipulation and Proposed Order Dismissing Action  Case No. 08-2379 CW